IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**DANNY HOPPER**                                                                                                  **PLAINTIFF**

V.                                       CASE NO. 2:24-CV-2040

**DEPUTY BRANDON CHANCEY;**
**FORMER PROSECUTOR RINDA BAKER;**
**PROSECUTOR KEVIN HOLMES;**
**PROSECUTOR WILL COSNER;**
**JUDGE MIKE MEDLOCK; JUDGE MARC McCUNE;**
**JUDGE CANDICE SETTLE; DEPUTY KEITH SMITH;**
**PROSECUTOR HASKELL BAKER;**
**JUDGE CHARLES BAKER;**
**COURT REPORTER SHAWNA SHEPARD;**
**COURT REPORTER TIFFANY MATHENY;**
**ATTORNEY LUTHER SUTTER;**
**ATTORNEY BEN CATTERLINE;**
**ATTORNEY TREY BRYANT; ATTORNEY ROB JEAN;**
**PUBLIC DEFENDER CALEB WARD;**
**DOUG HARLAN (Former Deputy Prosecutor);**
**SURVEYER TONEY ANDERSON;**
**PUBLIC DEFENDER MICHAEL RABY;**
**CIRCUIT CLERK SHARON BAKER;**
**DEPUTY PROSECUTOR LENA PINKERTON; and**
**APPEAL COURT JUDGE WAYMAN BROWN**                                                   **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 32) filed in this case on October 21, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE**. Further, the Motions to Dismiss by the State and County Defendants (Doc. 9), Trey Bryant (Doc. 11), and Luther Sutter (Doc.

27), as well as the Motion to Compel by the County Defendants (Doc. 29), and two Motions to Stay by Plaintiff (Docs. 5 & 22) are **DENIED AS MOOT**. The Clerk is directed to close the case.

  **IT IS SO ORDERED** on this 8th day of November, 2024.

            */s/ Timothy L. Brooks*
            TIMOTHY L. BROOKS
            UNITED STATES DISTRICT JUDGE